AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Luis HERNANDEZ-Rosario, aka Alexander Martinez,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-43(m)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 24, 2025  in the county of _____ in the _____ District of  Puerto Rico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b)(1) | Reentry of removed alien subsequent to a felony conviction |

This criminal complaint is based on these facts:

See Attached Affidavit.

Reviewed by SAUSA Steven Liong-Rodríguez and AUSA R. Vance Eaton.
The United States requests temporary detention pending the preliminary hearing and detention hearing.

☑ Continued on the attached sheet.

*Complainant's signature*

Luis M. Rodriguez, Special Agent, HSI
*Printed name and title*

Sworn to pursuant to FRCP 4.1 at 9:22 pm by telephone, this 24th day of January, 2025, in San Juan, Puerto Rico

Date:  January 24, 2025

Digitally signed by Hon. Giselle López-Soler
*Judge's signature*

City and state:  San Juan, Puerto Rico

Giselle López-Soler, Magistrate Judge
*Printed name and title*